UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MIRAMAX FILM CORP.,

                            Plaintiff,

    - against -

ALLISON PEARSON,

                            Defendant.

-----------------------------------------------------------------x

Civil Action No.

RULE 7.1
STATEMENT

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff MIRAMAX FILM CORP., (a private non-governmental party) certifies that the following are the corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                    THE WALT DISNEY COMPANY

Dated: New York, New York
         August 8, 2008

                      SCHWARTZ & THOMASHOWER LLP

                      By: _____
                            Rachel Schwartz (RS-4372)
                      115 Broadway, Suite 1505
                      New York, New York 10006
                      (212) 227-4300

                      Attorneys for Plaintiff Miramax Film Corp.