UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MIRAMAX FILM CORP.,

                 Plaintiff,

        - against -

ALLISON PEARSON,

                Defendant.
------------------------------------------------------------------x

08 Civ. 7084 (RMB) (HBP)

**ADMINISTRATIVE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/09

      Based upon the letter submitted jointly by Plaintiff and Defendant, dated September 2, 2009, it is hereby

      ORDERED, that the deadline set in the Order of the Court, dated August 11, 2009, is extended to November 4, 2009, and it is further

      ORDERED, that the conference scheduled for September 9, 2009 is vacated.

**SO ORDERED**.

Dated: New York, New York
       September 8, 2009

                                                  Richard M. Berman, U.S.D.J.